No. 05–6424.  MALTAIS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 05–6723.  CHIOFAR v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 05–6725.  RICHARDSON v. BRILEY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 05–6888.  BECHT v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–6889.  WALL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–6895.  WRICE v. PIERCE, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 05–6971.  DUKES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–7048.  DAVIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–7100.  WHITTEN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 05–7107.  HUGHES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–7168.  RAISER v. CITY OF FRESNO, CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 05–7421.  DICKEY v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 05–7670.  FLOWERS v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 05–7674.  PLUMMER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 05–7706.  BERMEA v. BENSKO, WARDEN.  C. A. 7th Cir. Certiorari denied.